UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHEAL GALES | ) | CASE NO. 1:17-cv-2528 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATED DISMISSAL,** |
| PRIME COMMUNICATIONS, L.P. D/B/A | ) | **WITHOUT PREJUDICE** |
| OHIO PRIME COMMUNICATIONS, L.P. | ) | |
| | ) | |
| Defendant. | | |

Plaintiff Micheal Gales and Defendant Prime Communications, L.P. d/b/a Ohio Prime Communications, L.P., pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims, without prejudice. Plaintiff reserves the right to re-file his claims. Each party to bear his/its own costs.

**Signatures:**

/s/ Anthony J. Lazzaro
Anthony J. Lazzaro (0077962)
Lori M. Griffin (0085241)
Chastity L. Christy (0076977)
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
anthony@lazzarolawfirm.com
lori@lazzarolawfirm.com
chastity@lazzarolawfirm.com

Attorneys for Plaintiff

/s/ Gabrielle Moses
Gabrielle Moses (0067403)
Prime Communications, L.P.
12550 Reed Road, Suite 100
Sugar Land, Texas 77478
Phone: 281-643-7060
Facsimile: 832-408-7768
gmoses@primecomms.com

Attorneys for Defendant

IT IS SO ORDERED.
s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE